# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2013

147233

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re JETER/THOMAS, Minors.

SC: 147233
COA: 311710
Wayne Circuit Court
Family Division: 10-492989-NA

_____/

On order of the Court, the application for leave to appeal the May 23, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2013



Clerk

p0625